# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOLLY RANDALL,** *et al.* | : | |
|     *Plaintiffs* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-2806** |
| | : | |
| **CESCAPHE LIMITED, L.L.C.,** *et al.* | : | |
|     *Defendants* | : | |

# ORDER

**AND NOW**, this 12th day of December 2022, upon consideration of Defendants' *motion to compel individual arbitration*, [ECF 15], Plaintiffs' response in opposition, [ECF 16], Defendants' reply, [ECF 19], and the allegations in the amended complaint, [ECF 8], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to compel individual arbitration is **GRANTED**.

It is further **ORDERED** that this action is **STAYED** pending the completion of the arbitration proceeding. The parties are directed to inform this Court when the arbitration proceeding has been completed or when this matter has been resolved.

                                              **BY THE COURT:**

                                              */s/ Nitza I. Quiñones Alejandro*
                                              **NITZA I. QUIÑONES ALEJANDRO**
                                              *Judge, United States District Court*